

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| PAUL DACEY | Ch. 13 |
| *and* | 18-12134-MSH |
| MARY BETH DACEY, | |
|    Debtors | |

### Order on Motion for Relief from Stay

The Motion for Relief from the Automatic Stay of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust [# 68] having come before me, due notice having been given, no objection thereto having been filed or if filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is hereby ORDERED that U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtors, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 92 Davis Street, Quincy, MA 02170, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtors, all in accordance with applicable state and federal law. This order does not operate to waive the 14-day stay as movant's request for such waiver is not supported by a showing of good cause.

The hearing on the Motion, scheduled for April 18, 2019, is cancelled.

By the Court,

*Melvin S. Hoffman*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 4/2/2019